JUH -3 1983

DOCKET NO. 548

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MED GENERAL, INC., SECURITIES LITIGATION

ORDER DENYING MOTION AS MOOT

On March 28, 1983, the New York plaintiffs in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring one action pending in the Southern District of New York to the District of Minnesota for coordinated or consolidated pretrial proceedings with one action pending there. Subsequently, the New York action was transferred to the District of Minnesota pursuant to 28 U.S.C. §1404.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-548 -- In re Med General, Inc. Securities Litigation

    Southern District of New York

Robert Markewich, etc. v. Robert A. Ersek, et al., C.A. No. 80 Civ 3247

    District of Minnesota

David A. Hagert, et al. v. Glickman, Lurie, Eiger & Co., et al., C.A. No. 3-81-259